

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00137-CV

**2008 CHEVROLET CORVETTE, VIN#1G1YY36W585105455,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. 51,223**

---

# O R D E R

---

Appellant's "Motion for Dismissal for Want of Equity" filed on February 17, 2015

and supplemented on March 12, 2015 is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed September 17, 2015

